**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :        CHAPTER 13
John Joseph Dougherty

DEBTOR                          :        BKY. NO.  22-10062ELF13

### Statement Pursuant to §521 (A) (1) (iv)

Section §521 (A) (1) (iv) of the Code requires copies of all payment advices or other evidence of payment received within 60 days by the debtor(s) from any employer; however, neither debtor(s) had an employer within that time frame and therefore, neither debtor(s) has any documentation to file pursuant to that section §521 (A) (1) (iv) of the Code.

Debtor is unemployed and is currently seeking employment.

                                                Respectfully Submitted,

January 19, 2022                  _____s/_____
                                                Michael A. Cibik, Esquire
                                                CIBIK LAW, P.C.
                                                1500 Walnut  Street, Suite 900
                                                Philadelphia, PA 19102
                                                (215) 735-1060