# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 22-10062-ELF

JOHN   JOSEPH DOUGHERTY

313 PATRICIA LANE

ALDAN, PA 19018-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHN   JOSEPH DOUGHERTY

313 PATRICIA LANE

ALDAN, PA 19018-

Counsel for debtor(s), by electronic notice only.

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102-

                                       /S/ Kenneth E. West

Date: 4/5/2022                    _____

                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee