# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-10062-elf |
| | : | |
| John Joseph Dougherty, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

## Amended Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Second Amended Chapter 13 Plan was served on the parties listed below by first class mail or through the CM/ECF system.

| | | |
|---|---|---|
| United States Trustee<br>USTPRegion03.PH.ECF@usdoj.gov | U.S. Bank N.A.<br>bkgroup@kmllawgroup.com | I.R.S.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| KENNETH E. WEST<br>ecfemails@ph13trustee.com | | |

Dated:  May 9, 2022

/s/ Michael I. Assad_____
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com