**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        CHAPTER 13
John Joseph Dougherty

      DEBTOR                         :        BKY. NO.  22-10062ELF13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cibik, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

                              Respectfully Submitted,

Date:  August 29, 2022                    /s/ Michael A. Cibik
                                          MICHAEL A. CIBIK, ESQUIRE
                                          CIBIK LAW, P.C.
                                          1500 WALNUT  STREET, STE. 900
                                          PHILADELPHIA, PA  19102
                                          (215) 735-1060