**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 22-10062-elf |
| John Joseph Dougherty, | Chapter 13 |
| Debtor. | Amends ECF No. 40 |

**Amended Certificate of No Response**

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the application for compensation filed on July 18, 2022 as ECF No. 35.

I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, responses to the application were to be filed and served on or before August 1, 2022.

I further certify that I have reviewed the Court's docket in this case and no applications for administrative expenses appear thereon. Pursuant to the Court's order of August 2, 2022, ECF No. 36, all applications for administrative expenses were to be filed and served on or before August 17, 2022.

Date: August 29, 2022

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com