United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 22-10062-elf

John Joseph Dougherty                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Joseph Dougherty, 313 Patricia Lane, Aldan, PA 19018-3739 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2022 00:03:10 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: RASEBN@raslg.com | Sep 08 2022 23:57:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | |
| | on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: Sep 08, 2022                           Form ID: pdf900                               Total Noticed: 3

KENNETH E. WEST
                        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
                        on behalf of Debtor John Joseph Dougherty mail@cibiklaw.com

MICHAEL I. ASSAD
                        on behalf of Debtor John Joseph Dougherty mail@cibiklaw.com

REBECCA ANN SOLARZ
                        on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Asset Backed Pass-Through
                        Certificates, Series RFC 2007-HE1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| JOHN JOSEPH DOUGHERTY, | : | |
| Debtor | : | Bky. No.  22-10062 ELF |

## O R D E R

      **AND NOW**, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation Payments held by the Chapter 13 Trustee ("the Application"), and upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

      It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  The Applicant is **ALLOWED** compensation in the amount of **$4,250.00**.

3.  To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the amount(s) allowed in Paragraph 2, less **$1,470.00** which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4.  All remaining funds, if any, held by the Trustee shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

**Date: September 8, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**